IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWIN BEYER,

           Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.

                                          Case No. 15-cv-673-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

           Defendant.

     This action came for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Edwin Beyer against defendant Carolyn W. Colvin reversing the decision of the Commissioner and remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

          s/ J. Smith, Deputy Clerk                            8/26/2015
         Peter Oppeneer, Clerk of Court                          Date